No. 97–8199.  UMPHFREY v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 97–8201.  BROWN v. WILSON ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–8222.  COLE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–8226.  FEENEY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–8240.  DEVER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 97–8249.  MICHAUD v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 97–8259.  HOLLINGSWORTH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–8261.  FLORY-OUTTEN v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 97–8263.  HESTERLEE v. GOODWIN, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 97–8264.  CALDWELL v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–8267.  AARON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–8273.  SMITH v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–8277.  WARREN v. BELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–8283.  TERRY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–8285.  SMITH v. TEXAS.  Ct. App. Tex., 12th Dist.  Certiorari denied.